# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143323 & (46)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DENISE L. ANDRUS and PAUL K. ANDRUS,
      Plaintiffs-Appellees,

v

CITY OF SOUTHGATE,
      Defendant-Appellant.

SC: 143323
COA: 296417
Wayne CC: 09-012394-NO

_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the May 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919